**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER TEXEIRA, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>                Defendant. | Docket No:  1:17-cv-05450-PKC<br><br>**NOTICE OF SETTLEMENT**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/15/17 |

Now comes the Plaintiff JENNIFER TEXEIRA, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Conference Adjourned
From: 9/15/17
To: Oct. 19, 2017 at 10:45 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 9/15/17

Respectfully submitted,

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
337 Avenue W, Suite 2f
Brooklyn, New York 11223
Phone:   (347) 927-4529
Facsimile: (347) 665-1545
*Attorney for Plaintiff*

Dated:   Brooklyn, New York
        September 13, 2017

1