**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER TEXEIRA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>Defendant. | Case No.  1:17-cv-05450-PKC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their

respective counsel(s), that the above-entitled action against Defendant shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.


Dated:    Brooklyn, New York
            October 18, 2017



By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(917) 299-6612
Fax: (347) 665-1545
Jmizrahilaw@gmail.com
*Attorney for Plaintiff*

By: /s/ Scott Gallagher
Scott Gallagher, Esq.
(admitted pro hac vice)
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
(904) 598-6111
Fax:  (904) 598-6211
Rrivera@sgrlaw.com
*Attorney for Defendant*