UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER TEXEIRA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>Defendant. | Case No. 1:17-cv-05450-PKC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
              October 18, 2017

| | |
|---|---|
| By: /s/ Joseph H. Mizrahi<br>Joseph H. Mizrahi, Esq.<br>Joseph H. Mizrahi Law, P.C.<br>300 Cadman Plaza West, 12th Floor<br>Brooklyn, New York 11201<br>(917) 299-6612<br>Fax: (347) 665-1545<br>Jmizrahilaw@gmail.com<br>*Attorney for Plaintiff* | By: /s/ Scott Gallagher<br>Scott Gallagher, Esq.<br>(admitted pro hac vice)<br>50 North Laura Street, Suite 2600<br>Jacksonville, Florida 32202<br>(904) 598-6111<br>Fax:  (904) 598-6211<br>Rrivera@sgrlaw.com<br>*Attorney for Defendant* |

SO ORDERED.
Dated: 5/19/2020      _____
                                    P. Kevin Castel
                           United States District Judge